UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**                                              Case No.:  09-21514-BKC-EPK
                                                        Chapter 7
**TERRY R. EICHAS,**

    Debtor.
_____/
**DEBORAH MENOTTE, Trustee in**
**Bankruptcy for Terry Eichas,**

    **Plaintiff,**
v.                                                      Adv. Pro. No.: 11-01972-EPK

**TERRY EICHAS AND**
**885 REALTY GROUP, INC.,**

    **Defendants.**
_____/

## CERTIFICATE OF SERVICE

I, Michael R. Bakst, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, copy of the complaint, and Order Setting Filing and Disclosure Requirements was made 05/18/2011 by:

X Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Officer or Director authorized to accept service of process on behalf of 885 Realty Group, Inc., 885 SE 6th Avenue, #E, Delray Beach, FL 33483
Terry R. Eichas, as Registered Agent of 885 Realty Group, Inc., 311 Capri G Delray Beach FL 33484
Terry R. Eichas 311 Capri G Delray Beach, FL 33484
Deborah Menotte POB 211087 West Palm Beach, FL 33421
Office of the US Trustee 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130

Under penalty of perjury, I declare that the foregoing to true and correct.

   May 18, 2011                                          /s/ Michael R. Bakst

> Print Name
> MICHAEL R. BAKST, ESQ.
>
> Business Address
> 222 Lakeview Ave., Suite 800
>
> City       State              Zip
>
> West Palm Beach FL 33401

RM:7967261:1